City of Chicago, appellee, v. William James, appellant. Gen. No. 29,192.

Prosecution for keeping disorderly house. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed February 9, 1925.

Felsenthal, Struckmann & Berger, for appellant. Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

William B. Drackett and H. O. Stone & Company, appellants, v. Guy G. Woodin, appellee. Gen. No. 29,263.

Action to recover commission on sale of farm. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed February 9, 1925.

Good, Childs, Bobb & Wescott and A. R. Patton, for appellants; William A. Bradford, of counsel. William J. Pringle and Edwin Terwilliger, Jr., for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Philip Davis, plaintiff in error. Gen. No. 29,506.

Prosecution for assault with deadly weapon. Defendant found guilty. Error to the Criminal Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed February 9, 1925. Rehearing denied February 24, 1925.

Rieger & Rieger, for plaintiff in error. George H. Sugrue, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.